UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JAMES R. JOHNSON,

    Defendant.

Case No. CR01-5107FDB

ORDER DENYING DEFENDANT'S MOTION TO MODIFY THE CONDITIONS OF SUPERVISED RELEASE

Before the Court is Defendant's motion to modify the conditions of his supervision to allow him to travel outside this judicial district on behalf of his employer. The Court, having reviewed the Defendant's motion, the conditions of supervision, and having conferred with the Probation Department, finds that the Defendant's motion should be denied. Defendant may obtain the relief he seeks by applying directly to the Probation Department and complying with Probation Department requirements relating to out of district travel.

ACCORDINGLY,

IT IS ORDERED:

(1)    Defendant's motion to amend the conditions of supervised release (Dkt.#81) is **DENIED**.

DATED this 13th day of May, 2005.

/s/ Franklin D. Burgess

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1