UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAMES R. JOHNSON,

    Defendant.

Case No. CR01-5107FDB

ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Before the Court is Defendant's motion for early termination of his term of supervised release. Defendant has been on supervised release for 18 months of a four year term of supervised release. The Court, having reviewed the Defendant's motion, the conditions of supervision, and having conferred with the Probation Department, finds that the Defendant's motion should be denied.

ACCORDINGLY,

IT IS ORDERED:

(1)     Defendant's motion for early termination of supervised release (Dkt.#84) is **DENIED**.

DATED this  4th  day of October, 2005.

                            FRANKLIN D. BURGESS
                            UNITED STATES DISTRICT JUDGE

ORDER - 1